# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: NOLAN, DAVID W. | § | Case No.  10-15546 |
| NOLAN, LAURA L. | § | |
| NOLAN CUSTOM BUILDERS, INC. | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND          , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Northern District of Illinois

219 S. Dearborn

Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 7/14/2011 in Courtroom 250, United States Courthouse, Kane County Courthouse

100 S. Third Street

Geneva, IL 60134.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  05/15/2011          By:  JOSEPH R. VOILAND
                                              Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: NOLAN, DAVID W. | § | Case No. 10-15546 |
| NOLAN, LAURA L. | § | |
| NOLAN CUSTOM BUILDERS, INC. | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 4,700.19

*and approved disbursements of*  $ 0.00

*leaving a balance on hand of* [1]  $ 4,700.19

**Balance on hand:**  $ 4,700.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 4,700.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 1,175.05 | 0.00 | 1,175.05 |
| Trustee, Expenses - JOSEPH R. VOILAND | 51.97 | 0.00 | 51.97 |

Total to be paid for chapter 7 administration expenses:  $ 1,227.02
Remaining balance:  $ 3,473.17

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 3,473.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 3,473.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,704.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 8,742.26 | 0.00 | 1,181.26 |
| 2 | GE Money Bank | 7,359.24 | 0.00 | 994.37 |
| 3 | American Express Centurion Bank | 9,602.96 | 0.00 | 1,297.54 |

Total to be paid for timely general unsecured claims: $ 3,473.17

Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $                0.00 |
| Remaining balance: | $                0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $                0.00 |
| Remaining balance: | $                0.00 |

Prepared By:   /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 10-15546-MB
David W. Nolan                                                                  Chapter 7
Laura L. Nolan
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley          Page 1 of 2          Date Rcvd: Jun 14, 2011
                             Form ID: pdf006         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2011.
db/jdb      +David W. Nolan,    Laura L. Nolan,    422 Pierce Street,    Elburn, IL 60119-8207
aty         +Jay L Dahl,    Law Offices of Jay L. Dahl LTD.,    P. O. Box 187,    Geneva, IL 60134-0187
tr          +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
15387134     American Bank,    P O Box 1178,    Rock Island, IL 61204
16440710     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15387135    +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
15387136    +Blackberry Creek Development Corp.,    40W270 B LaFox Road,    Saint Charles, IL 60175-7624
15387137    +Bryan R. Cichon, DDS,    Randall Ridge Dental,    700 S. Randall Rd., Suite 1,
             Saint Charles, IL 60174-5912
15387138    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court:  Chase,   Po Box 1093,    Northridge, CA 91328)
15387139    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16096233     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15387140     Country Mutual Ins. Company,    PO Box 2100,    Bloomington, IL 61702-2100
15387141     Delnor Community Hospital,    Mail Processing Center,    PO Box 739,    Moline, IL 61266-0739
15387142    +Edward Hines Lumber Co.,    14 N 915 US Hwy 20,    Hampshire, IL 60140-8858
15387143    +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
15387144    +Fox Valley Opthalmology,    40W330 LaFox Road,    Saint Charles, IL 60175-6515
15387146    +Grossweiner & Blaszak, PC,    120 Spalding Drive,    Suite 405,    Naperville, IL 60540-6558
15387147    +Guerard, Kalina & Butkus,    Attorneys at Law,    100 W. Roosevelt Rd.,    Wheaton, IL 60187-5260
15387148    +Harris N A,    Po Box 94034,    Palatine, IL 60094-4034
15387149    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15387150    +Hsbc/Mnrds,    90 Christiana Rd,    New Castle, DE 19720-3118
15387152    +KGH Investments,    1056 Lincoln Hwy.,    Rochelle, IL 61068-1580
15387151    +Kane County Treasurer,    719 Batavia Avenue,    Geneva, IL 60134-3000
15739754    +Kurt Wachter,    517 Saratoga Drive,    Elburn, IL 60119-8339
15387153    +Lost Lake Utility Dist.,    106 Woodland Drive,    Dixon, IL 61021-8908
15387155    +Michele Miteff,    108 Valley Dr.,    Ste A,    Elburn, IL 60119-8872
15387156     Ogle County Collector,    PO Box 40,    Oregon, IL 61061-0040
15739755    +State Farm Insurance Co,    Pob 2375,    Bloomington,IL 61702-2375
15387157    +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
15387158    +Tressler, Soderstrom,    Maloney & Priess, LLP,    305 W. Briarcliff Rd., Suite 201,
             Bolingbrook, IL 60440-2845
15387159    +United Lost Lake POA,    903 Missouri Drive,    Dixon, IL 61021-8963
15387161    +University Pathologists Cnslts,    5620 Southwyck Blvd.,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16369552     E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2011 00:19:41     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15387145     E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2011 23:58:59     Gemb/Ge Money Bank Low,
             Po Box 103065,    Roswell, GA 30076
15387160    +E-mail/Text: bnc@ursi.com Jun 14 2011 23:34:05     United Recovery Systems,
             5800 North Course Dr.,    Houston, TX 77072-1613
                                                                                     TOTAL: 3


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15387154     ##+Mailbox Service,    218 W. Mill Ave., Unit A,    Hampshire, IL 60140-9440
                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: mhenley          Page 2 of 2          Date Rcvd: Jun 14, 2011
                             Form ID: pdf006         Total Noticed: 35

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2011**                    **Signature:**